**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7658**

ANTWYN GIBBS,

Plaintiff - Appellant,

v.

GORDON B. JOHNSON, SR., Judge; GARRETT LOMINACK; ROBERT
DENNIS; MICHAEL STRIBBLE,

Defendants - Appellees,

and

SOUTH CAROLINA COURTHOUSE,

Defendant.

Appeal from the United States District Court for the District of South Carolina, at
Anderson.  Donald C. Coggins, Jr., District Judge.  (8:20-cv-00716-DCC)

Submitted:  March 18, 2021                    Decided:  March 23, 2021

Before WILKINSON and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Antwyn Gibbs, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antwyn Gibbs appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Gibbs' 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gibbs v. Johnson*, No. 8:20-cv-00716-DCC (D.S.C. Oct. 16, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*